IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TIMOTHY MILLER,  Plaintiff, v. GLENBARD TOWNSHIP HIGH SCHOOL DISTRICT #87,  Defendant. | Case No. 19-cv-00640  Honorable Judge John J. Tharp Jr.  Honorable Magistrate Judge Susan E. Cox |

**JOINT MOTION TO EXTEND DISCOVERY**

Plaintiff, Timothy Miller, and Defendant, Glenbard Township High School District #87, by and through their undersigned counsel, state as follows as their *Joint Motion to Extend Discovery*:

1. On May 30, 2019, the Court set a discovery deadline of December 2, 2019. [Dkt. # 18].

2. The parties fulfilled their Mandatory Initial Discovery obligations on schedule, on June 17, 2019.

3. Plaintiff subsequently served his written discovery to Defendant on July 29, 2019 and Defendant served its written discovery to Plaintiff on August 19, 2019.

4. Both parties have responded to written discovery and have engaged in extensive meet and confer correspondence and telephonic discussion to resolve discovery issues.

5. As of October 20, 2019, the parties have largely resolved any outstanding issues regarding written discovery. Defendant has indicated it is searching for some responsive

2747712.1

documents and expects to produce them by November 8, 2019, at which point the parties can begin scheduling depositions.

6. Plaintiff anticipates taking approximately 4-7 depositions. Defendant anticipates taking approximately 1-3 depositions. The Parties are in the process of completing written discovery and expect to be in a position to begin depositions in late November, 2019.

7. The Parties request an extension of the deadline to complete discovery until February 28, 2020, due to the School District's calendar and counsel's schedules.

8. The majority of the expected deponents are current teachers and administrators employed by the District. Due to the upcoming Thanksgiving holiday, the end of the semester and final exams, and the District's winter break, most District personnel will have limited availability from late November through the end of winter break on January 7, 2020.

9. Additionally, the District's counsel will be occupied with evidentiary hearings in several pending employee dismissal proceedings in much of November 2019 and January 2020.

10. The Parties expect that fact discovery can be completed by the end of February, 2020.

11. The Parties have not previously requested an extension of discovery in this case. The proposed extension will not prejudice any party and will not substantially delay the resolution of this matter.

WHEREFORE Plaintiff, Timothy Miller, and Defendant, Glenbard Township High School District #87, ask that this Court enter an Order granting this Motion and extending the deadline to complete discovery until February 28, 2020, and for such other and further relief as is appropriate.

| | |
|---|---|
| Dated: November 7, 2019 | **RESPECTFULLY SUBMITTED**, |
| By: /s/ Ethan E. White<br>Ethan Emery White<br>EMERY LAW, LTD.<br>2021 Midwest Road, Suite 200<br>Oak Brook, IL 60523<br>630-984-0339<br>*ewhite@emerylawltd.com* | By: /s/ Nicki B. Bazer<br>Nicki B. Bazer<br>Franczek P.C.<br>300 South Wacker Drive, Suite 3400<br>Chicago, IL 60606<br>(312) 786-6114<br>*nbb@franczek.com* |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that she filed the foregoing **JOINT MOTION TO EXTEND DISCOVERY** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record on this 7th day of November, 2019.

Ethan E. White
Emery Law, Ltd.
2021 Midwest Road
Suite 200
Oak Brook, IL 60523
*ewhite@emerylawltd.com*

                /s/ Nicki B. Bazer
                *nbb@franczek.com*

2747712.1